Supreme Court—Wynne v. Szabosky.

DENNIS WYNNE, PROSECUTOR, v. JOSEPH SZABOSKY, DEFENDANT.

Decided July 27, 1923.

Motor Vehicle Act—As Amended 1923 Provides Imprisonment in Common Jail—No Authority Suggested for Workhouse Sentence.

Before THOMAS W. TRENCHARD, Justice of the Supreme Court holding the Mercer Circuit.

The opinion of the court was delivered by

TRENCHARD, J. The defendant (Szabosky) was sentenced to the "common workhouse of the county of Mercer for a period of thirty days," upon a conviction of violating subdivision 3 of the fourteenth section of chapter 208 of *Pamph. L.* of 1921. But this section was amended by chapter 136 of *Pamph. L.* 1923, and it provides that imprisonment shall be "in the common jail of the county," and no authority is suggested on the argument for a sentence to the workhouse.

The judgment will be set aside.